**HAMPTON & ROYCE, L.C.**
**United Building, Ninth Floor**
**119 West Iron Avenue**
**P.O. Box 1247**
**Salina, Kansas 67402-1247**
**(785) 827-7251 - Telephone**
**(785) 827-2815 - Telecopier**
**www.hamptonlaw.com - Internet**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Anne Warkentine,                            )
               Plaintiff,    )
   vs.                                       )   Case No.: 11-CV-4022-JAR/KGG
                                            )
Salina Public Schools                       )
Unified School District No. 305             )
                                            )
               Defendant.    )
_____)

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Anne Warkentine moves the court for an order permitting her to file her second amended complaint pursuant to FRCP 15.

1.    Pursuant to the scheduling order and the consent of the parties, the Plaintiff was permitted to amend the Complaint to remove all class allegations. Plaintiff has amended the Complaint to reflect these changes.

2.    In addition to the amendments to remove the class allegations, Plaintiff also seeks leave to amend the complaint to add an additional count against U.S.D. 305 which was not discovered until U.S.D. 305 responded to Plaintiff's discovery requests.

3.    A memorandum in support of this motion and a copy of the proposed Second Amended Complaint is attached hereto.

Wherefore, Plaintiff requests permission to file an amended Complaint adding an additional count.

By: s/ Nathanael Berg
Nathanael Berg, #22204, and
David D. Moshier, #9477 of
HAMPTON & ROYCE, L.C.
119 W. Iron, Ninth Floor
P.O. Box 1247
Salina, Kansas 67402-1247
(785) 827-7251
(785) 827-2815 Facsimile
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

S. Douglas Mackey
Kutak Rock, LLP

/s/ Nathanael Berg
Nathanael Berg